# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00228-MLB-RDC
## USA v. Singla
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 06/17/2024.

TIME COURT COMMENCED: 3:40 P.M.
TIME COURT CONCLUDED: 5:15 P.M.
TIME IN COURT: 1:35
OFFICE LOCATION: Atlanta

COURT REPORTER: Jana Colter
USPO: Manina Jeudy
DEPUTY CLERK: Jessica Kelley

| | |
|---|---|
| DEFENDANT(S): | [1]Vikas Singla Present at proceedings |
| ATTORNEY(S) PRESENT: | David Chaiken representing Vikas Singla<br>Kamal Ghali representing Vikas Singla<br>Samir Kaushal representing USA<br>Lydia Lichlyter representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | A sentencing hearing was held. Defendant sentenced to count 1 of the indictment. See J&C for sentence. Defendant remains out of custody on the previously set conditions of bond. |
| HEARING STATUS: | Hearing Concluded |